| | |
|---|---|
| 1 | JAMES JOSEPH LYNCH, JR. |
| | Attorney at Law (SBN 85805) |
| 2 | jjlynchsr@sbcglobal.net |
| | 4144 Winding Way, #4 |
| 3 | Sacramento, California 95841 |
| | Telephone: (916) 485-8807 |
| 4 | |
| | Attorney for Plaintiff |
| 5 | Kirk Douglas Williams |
| | |
| 6 | SEYFARTH SHAW LLP |
| | Todd C. Amidon (SBN 215320) |
| 7 | tamidon@seyfarth.com |
| | 560 Mission Street, Suite 3100 |
| 8 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 9 | Facsimile: (415) 397-8549 |
| | |
| 10 | Attorneys for Defendant |
| | Kiewit Pacific Company |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DOUGLAS WILLIAMS, | Case No. C 05-4626 JSW ENE |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO CONDUCT EARLY NEUTRAL EVALUATION AND TO SCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| KIEWIT PACIFIC CO., BRENT NIELSEN, ED TAYLOR, AND DONALD YOUNG, DOES 1 THROUGH 10 | |
| Defendants. | |

Pursuant to Civil L.R. 6-2 and 16-10(c) and ADR L.R. 5-5, and for the reasons set forth in the accompanying Declaration of Counsel, plaintiff Kirk D. Williams and defendant Kiewit Pacific Company stipulate that the deadline for them to conduct an early neutral evaluation should be extended until May 31, 2006 and that the Court should schedule a case management conference for Friday, June 23, 2006, at 1:30 p.m., in the event that this case is not resolved before then. The parties further stipulate that:

1. On February 10, 2006, this Court referred this case to ENE and ordered the parties to conduct the session within 60 days, if possible. Under ADR L.R. 5-4(b), the normal deadline

Stipulation and Order to Extend ENE Deadline and Schedule CMC / C 05-4626 JSW ENE

for conducting such an evaluation is 90 days. An earlier deadline can impose hardships on the neutral and the parties to schedule and complete the pre-ENE session, prepare and review written ENE statements, and schedule and attend the ENE session, pursuant to ADR L.R. 5-7, 5-8, and 5-10, in the time allowed. Furthermore, plaintiffs' counsel just entered his appearance on February 28, 2006. Extending the deadline to conduct ENE by 21 days beyond the normal deadline would give him an opportunity to more meaningfully prepare for and participate in the session.

2. In the event that the case is not resolved at ENE, scheduling a CMC in late June 2006 would permit the parties to report what progress they have made since the initial CMC and what plans they have to complete discovery and to narrow legal and factual issues as a result of ENE. Furthermore, it would allow plaintiff's counsel, who was not involved in the initial CMC, to present his views on case management issues.

3. There have been no previous time modifications in this case.

4. Neither extending the deadline to conduct ENE nor scheduling a CMC will effect the other events in the Court's February 14, 2006 order scheduling trial and pre-trial matters.

DATED: March __2__, 2006                    JAMES JOSEPH LYNCH, JR.

                                            _____
                                            James Joseph Lynch, Jr.
                                            Attorney for Plaintiff
                                            KIRK D. WILLIAMS

DATED: March __2__, 2006                    SEYFARTH SHAW LLP


                                            By /s/ Todd C. Amidon
                                            Todd C. Amidon
                                            Attorneys for Defendant
                                            KIEWIT PACIFIC COMPANY

I attest that I obtained James Joseph Lynch Jr.'s concurrence in the filing of this document. I will maintain records to show this concurrence for subsequent production for the

2
Stipulation and Order to Extend ENE Deadline and Schedule CMC / C 05-4626 JSW ENE

1  Court if so ordered or for inspection upon request by a party until one year after final resolution
2  of this action (including appeal, if any).
3  DATED: March __2__, 2006

5                                                                    /s/ Todd C. Amidon
                                                                      Todd C. Amidon

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9  DATED: March __17__, 2006

                                                                      _____
                                                                      Jeffrey S. White
                                                                      United States District Judge

11 SF1 28232229.1 / 20275-000073

---

3

Stipulation and Order to Extend ENE Deadline and Schedule CMC / C 05-4626 JSW ENE