IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Plaintiff,

v.

KIEWIT PACIFIC CO., et al.,

    Defendants.
_____/

No. C 05-04626 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on July 7, 2006 on Plaintiff's motion for leave to file a second amended complaint. The Court HEREBY ORDERS that Defendants' opposition to the motion shall be due by June 6, 2006 and Plaintiff's reply brief shall be due by June 13, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 23, 2006

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE