1  JAMES JOSEPH LYNCH, JR.
   Attorney At Law (SBN 85805)
2  jjlynchsr@sbcglobal.net
   4144 Winding Way, # 4
3  Sacramento, California 95841-4413
   Telephone: (916) 485-8807

Attorney for Plaintiff
Kirk D. Williams

SEYFARTH SHAW LLP
Mark S. Ross (SBN 64812)
mross@seyfarth.com
Todd C. Amidon (SBN 215320)
tamidon@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
Kiewit Pacific Co.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KIRK DOUGLAS WILLIAMS, | ) Case No. C 05-4626 JSW |
|---|---|
| Plaintiff, | ) **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | ) |
| KIEWIT PACIFIC CO., BRENT NIELSEN, ED TAYLOR, AND DONALD YOUNG, DOES 1 THROUGH 10 | ) |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), plaintiff Kirk D. Williams and defendant Kiewit Pacific Co. stipulate that this action and all the claims, issues, and allegations that plaintiff asserted or could have asserted in it are and shall be **DISMISSED WITH PREJUDICE**.  Each party shall pay its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: June _____, 2006 | JAMES JOSEPH LYNCH, JR. |

_____
Attorney At Law
Attorney for Plaintiff
KIRK D. WILLIAMS

DATED: June __9__, 2006          SEYFARTH SHAW LLP

By /s/ Todd C. Amidon
_____
Todd C. Amidon
Attorneys for Defendant
KIEWIT PACIFIC CO.

I attest that I obtained Todd C. Amidon's concurrence in the filing of this document. I will maintain records to show this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of this action (including appeal, if any).

DATED: June _____, 2006

_____
James Joseph Lynch, Jr.

**IT IS SO ORDERED.**

DATED: June  21  , 2006

_____
Jeffrey S. White
United States District Judge

SF1 28239923.1 / 20275-000087

---

2
Stipulation of Dismissal With Prejudice / C 05-4626 JSW